**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  0:21-cv-62602-RS

YAZAN SALEH,

       Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION, LLC, CHASE BANK USA, N.A.
d/b/a JPM and AMERICAN EXPRESS
COMPANY d/b/a AMERICAN EXPRESS,

       Defendants.
_____/

**CORPORATE DISCLOSURE STATEMENT OF JPMORGAN CHASE BANK, N.A.**

       Pursuant to Federal Rule of Civil procedure 7.1, defendant JPMorgan Chase Bank, N.A. ("Chase"), erroneously sued as Chase Bank USA, N.A. d/b/a JPM, hereby submits this Corporate Disclosure Statement as follows:

       Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation.  JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.  However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

Dated:  February 2, 2022

Respectfully submitted,

By: */s/ Alisa M. Taormina*
Brian C. Frontino
Florida Bar No. 95200
Alisa M. Taormina
Florida Bar No. 70848
STROOCK & STROOCK & LAVAN LLP
200 South Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone:  (305) 358-9900
Facsimile:  (305) 789-9302
bfrontino@stroock.com
ataormina@stroock.com
lacalendar@stroock.com

Attorneys for Defendant
   *JPMorgan Chase Bank, N.A., erroneously sued as Chase Bank USA, N.A. d/b/a JPM*

MIA 31552204v1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by the Court's CM/ECF system on February 2, 2022 on the following:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida  33301
Telephone: (954) 907-1136
jibrael@jibraellaw.com
tom@jibraellaw.com

*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Alisa M. Taormina*
　　　　　　　　　　　　　　　　　　　　　　　Alisa M. Taormina