UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-CV-62602-RS

YAZAN SALEH,

    Plaintiff,

v.

EQUIFAX, EXPERIAN, TRANSUNION,
AMERICAN EXPRESS
AND CHASE BANK,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Yazan Saleh submits this Notice of Settlement and states the parties have reached a settlement with defendants Equifax and American Express in regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 24, 2022

                                                      Respectfully Submitted,

                                                      /s/ Thomas Patti
                                                      **JIBRAEL S. HINDI, ESQ.**
                                                      Florida Bar No.: 118259
                                                      E-mail:    jibrael@jibraellaw.com
                                                      **THOMAS J. PATTI, ESQ.**
                                                      Florida Bar No.: 118377
                                                      E-mail:    tom@jibraellaw.com
                                                      The Law Offices of Jibrael S. Hindi
                                                      110 SE 6th Street, Suite 1744
                                                      Fort Lauderdale, Florida 33301
                                                      Phone:    954-907-1136
                                                      Fax:       855-529-9540

                                                      *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 24, 2022, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

  /s/ Thomas Patti                 .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118277

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com