# **EXHIBIT A**

PO Box 9701
Allen, TX 75013



YAZAN E SALEH
15590 NW 6TH ST
PEMBROKE PINES FL  33028

# Your Dispute Results

Report # **0177-3865-85** for **Nov 11, 2021**



# Hi, Yazan E. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

We are responding to your request to remove a name or Social Security number on your personal credit report. We store information based on identification information provided to us by credit grantors or from information contained in public records. One or more sources of information reported the information you questioned and it is a part of your credit history.

If you believe a name or Social Security number in your credit report is inaccurate, you may want to contact the source of the information directly. Please contact us by phone at 1 (800) 509-8495 if you need additional assistance to determine the specific source of this particular information on your credit report.

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so.  Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to:  review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

**Deleted** - This item was removed from your credit report.  **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.  **Updated**  (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details.  b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details.  **Processed** - This item was either updated or deleted; Please review your report for the details.

## Here are your results

### Credit items
**AMEX** 3499925215689683 **Outcome: Updated** - The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.
**JPMCB CARD** 414720234783.... **Outcome: Updated** - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated.  Please review your report for the details.

### Personal information
**Name Updated Before Dispute** ISSAM SALEH **After Dispute** YAZAN E SALEH
**Name Updated Before Dispute** SALEH YAZAN **After Dispute** YAZAN E SALEH

## Dispute Results (Continued)

### Before Dispute



**AMERICAN EXPRESS** Partial Acct # 3499925215689683          Status (Oct 2018) Open
PO BOX 981537 EL PASO TX 79998; (800) 874 2717

| | | | |
|---|---|---|---|
| **Date opened** Dec 2017 | **Terms** 1 Months | **Recent balance** $2,873 as of Oct 2021 | **Payment history: Jan 2018 - Oct 2021** |
| **Address ID #** 0071309305 | **Monthly payment** Not reported | By May 2025, this account is scheduled to go to a positive status. | |
| **Type** Credit card | **Credit limit or original amount** $34,190 | **Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). | |
| **Responsibility** Individual | **High balance** $34,190 | This item was updated from our processing of your dispute in Jul 2020. | |

Payment history grid:
|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |
| 2020 | 2020 In Good Standing ||||||||||||
| 2019 | 2019 In Good Standing ||||||||||||
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK |

Your statement "PAYMENTS WERE MADE IN COMPLIANCE WITH THE NEGOTIATED SCHEDULE."

| | Aug21 | Jul21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,307 | $3,578 | $3,039 | $2,500 | $2,595 | $1,832 | $3,301 | $1,399 | $2,934 | $2,335 | $2,609 | $2,334 | $0 | $2,811 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,555 | $1,226 | $1,980 | $1,443 | $1,919 | $3,610 | $1,522 | $2,027 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $0 | $0 | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Oct 2019 and Aug 2021, your credit limit/high balance was $34,190*

### After Dispute



**AMERICAN EXPRESS** Partial Acct # 3499925215689683          Status (Oct 2018) Open
PO BOX 981537 EL PASO TX 79998; (800) 874 2717

| | | | |
|---|---|---|---|
| **Date opened** Dec 2017 | **Terms** 1 Months | **Recent balance** $1,767 as of Nov 2021 | **Payment history: Jan 2018 - Nov 2021** |
| **Address ID #** 0071309305 | **Monthly payment** Not reported | By May 2025, this account is scheduled to go to a positive status. | |
| **Type** Credit card | **Credit limit or original amount** $34,190 | **Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). | |
| **Responsibility** Individual | **High balance** $34,190 | This item was updated from our processing of your dispute in Nov 2021. | |

Payment history grid:
|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |
| 2020 | 2020 In Good Standing ||||||||||||
| 2019 | 2019 In Good Standing ||||||||||||
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK |

Your statement "PAYMENTS WERE MADE IN COMPLIANCE WITH THE NEGOTIATED SCHEDULE."

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Oct 2021

| | Oct21 | Aug21 | Jul21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,873 | $2,307 | $3,578 | $3,039 | $2,500 | $2,595 | $1,832 | $3,301 | $1,399 | $2,934 | $2,335 | $2,609 | $2,334 | $0 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,811 | $1,555 | $1,226 | $1,980 | $1,443 | $1,919 | $3,610 | $1,522 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $0 | $0 | $0 | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Nov 2019 and Oct 2021, your credit limit/high balance was $34,190*

## Dispute Results (Continued)

### Before Dispute

**JPMCB CARD** Partial Acct # 414720234783....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Dec 2019)** Account charged off. $55,016 written off. $52,699 past due as of Jan 2021.

| | | |
|---|---|---|
| **Date opened** Oct 2016 | **Terms** Not reported | **Recent balance** $52,699 as of Jan 2021 |
| **Address ID #** 0544139168 | **Monthly payment** Not reported | This account is scheduled to continue on record until Feb 2026. |
| **Type** Credit Card | **Credit limit or original amount** $47,500 | **Comment:** Account closed at credit grantor's request. |
| **Responsibility** Individual | **High balance** $63,611 | This item was updated from our processing of your dispute in Jun 2020. |

**Payment history: Nov 2016 - Jan 2021**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | | | | | | | | | | | |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | ND | ND | CO | ND |
| 2019 | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 | 180 | CO |
| 2018 | | | | | 2018 In Good Standing | | | | | | | |
| 2017 | | | | | 2017 In Good Standing | | | | | | | |
| 2016 | | | | | | | | | | | OK | OK |

**Your statement** "LITIGATION PENDING."

| | Nov20 | Aug20 | May20 |
|---|---|---|---|
| Account Balance | $54,699 | $55,016 | $55,016 |
| Date Payment Received | 04.20.19 | 04.20.19 | 04.20.19 |
| Scheduled Payment Amount | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data |

*Between May 2020 and Nov 2020, your credit limit/high balance was $47,500*

### After Dispute

**JPMCB CARD** Partial Acct # 414720234783....
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Dec 2019)** Account charged off. $55,016 written off. $52,699 past due as of Oct 2021.

| | | |
|---|---|---|
| **Date opened** Oct 2016 | **Terms** Not reported | **Recent balance** $52,699 as of Oct 2021 |
| **Address ID #** 0544139168 | **Monthly payment** Not reported | This account is scheduled to continue on record until Feb 2026. |
| **Type** Credit Card | **Credit limit or original amount** $47,500 | **Comment:** Account closed at credit grantor's request. |
| **Responsibility** Individual | **High balance** $63,611 | This item was updated from our processing of your dispute in Oct 2021. |

**Payment history: Nov 2016 - Oct 2021**

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | | |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 | 180 | CO |
| 2018 | | | | | 2018 In Good Standing | | | | | | | |
| 2017 | | | | | 2017 In Good Standing | | | | | | | |
| 2016 | | | | | | | | | | | OK | OK |

**Your statement** "LITIGATION PENDING."

| | Nov20 | Aug20 | May20 |
|---|---|---|---|
| Account Balance | $54,699 | $55,016 | $55,016 |
| Date Payment Received | 04.20.19 | 04.20.19 | 04.20.19 |
| Scheduled Payment Amount | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data |

*Between May 2020 and Nov 2020, your credit limit/high balance was $47,500*

If our reinvestigation has not resolved your dispute, you have several options:

You have a right to add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement. you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available} of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the

## Dispute Results (Continued)

name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OK | Current / Terms met | 150 | Past due 150 Days | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Past due 30 Days | 180 | Past due 180 Days | R | Repossession | C | Collection |
| 60 | Past due 60 Days | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Past due 90 Days | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Past due 120 Days | F | Foreclosure | G | Claim filed with government | ND | No data for this period |

##  Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

### AMERICAN EXPRESS Partial Acct # 3499925215689683
PO BOX 981537 EL PASO TX 79998; (800) 874 2717

**Status (Oct 2018)** Open

| | |
|---|---|
| **Date opened** | Dec 2017 |
| **Address ID #** | 0071309305 |
| **Type** | Credit card |
| **Responsibility** | Individual |
| **Terms** | 1 Months |
| **Monthly payment** | Not reported |
| **Credit limit or original amount** | $34,190 |
| **High balance** | $34,190 |
| **Recent balance** | $1,767 as of Nov 2021 |

By May 2025, this account is scheduled to go to a positive status.

**Comment** Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2021.

**Payment history:** Jan 2018 - Nov 2021



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |
| 2020 | 2020 In Good Standing | | | | | | | | | | | |
| 2019 | 2019 In Good Standing | | | | | | | | | | | |
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK |

**Your statement** "PAYMENTS WERE MADE IN COMPLIANCE WITH THE NEGOTIATED SCHEDULE."

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Oct 2021

| | Oct21 | Aug21 | Jul21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,873 | $2,307 | $3,578 | $3,039 | $2,500 | $2,595 | $1,832 | $3,301 | $1,399 | $2,934 | $2,335 | $2,609 | $2,334 | $0 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 |
|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,811 | $1,555 | $1,226 | $1,980 | $1,443 | $1,919 | $3,610 | $1,522 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | $0 | $0 | $0 | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Nov 2019 and Oct 2021, your credit limit/high balance was $34,190*

## Dispute Results (Continued)

### Your Potentially Negative Account Activity (Continued)

---

**JPMCB CARD** Partial Acct # 414720234783...
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Dec 2019)** Account charged off. $55,016 written off. $52,699 past due as of Oct 2021.

| | | | |
|---|---|---|---|
| **Date opened** Oct 2016 | **Terms** Not reported | **Recent balance** $52,699 as of Oct 2021 | **Payment history:** Nov 2016 - Oct 2021 |
| **Address ID #** 0544139168 | **Monthly payment** Not reported | This account is scheduled to continue on record until Feb 2026. | |
| **Type** Credit Card | **Credit limit or original amount** $47,500 | **Comment:** Account closed at credit grantor's request. | |
| **Responsibility** Individual | **High balance** $63,611 | This item was updated from our processing of your dispute in Oct 2021. | |



Your statement "LITIGATION PENDING."

| | Nov20 | Aug20 | May20 |
|---|---|---|---|
| Account Balance | $54,699 | $55,016 | $55,016 |
| Date Payment Received | 04.20.19 | 04.20.19 | 04.20.19 |
| Scheduled Payment Amount | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data |

Between May 2020 and Nov 2020, your credit limit/high balance was $47,500

---



# Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

> Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**BARCLAYS BANK DELAWARE** Partial Acct # 00021939325...
PO BOX 8803 WILMINGTON DE 19899; (888) 232 0780

**Status (Oct 2019)** Paid. Closed/Never late.

| | | | | |
|---|---|---|---|---|
| **Type** Credit card | **Date opened** Aug 2014 | **Address ID #** 0544139168 | **Credit limit or original amount** $1,900 | **Recent balance** Not reported |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $2,516 | | **Comment:** Closed due to inactivity |
| | | | | **Responsibility** Individual This account is scheduled to continue on record until Oct 2029. |

---

**ADS/COMENITY/MAYORS** Partial Acct # 778830006021...
PO BOX 182789 COLUMBUS OH 43218; No phone # available

**Status (Apr 2020)** Paid. Closed/Never late.

| | | | | |
|---|---|---|---|---|
| **Type** Charge Card | **Date opened** Dec 2017 | **Address ID #** 0544139168 | **Credit limit or original amount** $9,500 | **Recent balance** Not reported |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $9,500 | | **Comment:** Account closed at credit grantor's request. |
| | | | | **Responsibility** Individual This account is scheduled to continue on record until Apr 2030. |

| | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 |
|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | 12.24.17 | 12.24.17 | 12.24.17 | 12.24.17 | 12.24.17 |
| Scheduled Payment Amount | $317 | $317 | $317 | $317 | $317 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data |

Between Nov 2019 and Mar 2020, your credit limit/high balance was $9,500

---

## Dispute Results (Continued)

### Your Positive Account Activity (Continued)

---

**FORD MOTOR CREDIT** Partial Acct # 5839                                              **Status (Feb 2021)** Paid, Closed/Never late.
PO BOX 542000 OMAHA NE 68154; (800) 727 7000

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|---|
| Auto Loan | Nov 2019 | 0071309305 | $39,373 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High balance** | | | |
| 72 Months | Not reported | Not reported | | | |

| | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Mar20 | Jan20 | Dec19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $33,396 | $33,138 | $32,851 | $34,081 | $33,807 | $34,665 | $35,509 | $36,427 | $36,686 | $37,707 | $37,445 | $38,236 | $38,642 | $39,761 |
| Date Payment Received | 11.18.20 | 11.18.20 | 11.18.20 | 09.21.20 | 09.21.20 | 08.21.20 | 07.20.20 | 06.28.20 | 05.05.20 | 03.27.20 | 03.27.20 | 03.02.20 | 01.28.20 | No Data |
| Scheduled Payment Amount | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 |
| Actual Amount Paid | No Data | No Data | $1,419 | No Data | $692 | $692 | $692 | $692 | $1,077 | No Data | $1,000 | $692 | $1,385 | No Data |

| | Nov19 |
|---|---|
| Account Balance | $39,373 |
| Date Payment Received | No Data |
| Scheduled Payment Amount | $692 |
| Actual Amount Paid | No Data |

*The original amount of this account was $39,373*

---

**AMERICREDIT/GM FINANCIAL** Partial Acct # 017075...                                    **Status (Feb 2018)** Paid, Closed.
PO BOX 181145 ARLINGTON TX 76096; (800) 284 2271

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|---|
| Auto Lease | Dec 2014 | 0544139168 | $28,698 | Not reported | Joint with BILAL I SALEH |
| **Terms** | **Monthly payment** | **High balance** | | **Comment:** Full termination/obligation satisfied. | This account is scheduled to continue on record until Feb 2028. |
| 39 Months | Not reported | Not reported | | | |
| **Original creditor** | | | | | This item was updated from our processing of your dispute in Jul 2021. |
| GM FINANCIAL LEASING | | | | | |

---

**SYNCB/PPC** Partial Acct # 604419215051...                                             **Status (Oct 2021)** Open/Never late.
PO BOX 530975 ORLANDO FL 32896; (844) 373 4961

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|---|
| Credit card | Oct 2015 | 0544139168 | $1,150 | $0 /paid as of Oct 2021 | Individual |
| **Terms** | **Monthly payment** | **High balance** | | | |
| Not reported | Not reported | $1,217 | | | |

| | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $146 | $346 | $746 | $18 | $0 | $44 | $18 |
| Date Payment Received | 02.21.21 | 02.21.21 | 02.21.21 | 02.21.21 | 02.21.21 | 02.21.21 | 02.21.21 | 02.12.21 | 01.15.21 | 12.13.20 | 10.11.20 | 10.11.20 | 07.12.20 | 07.12.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $40 | $40 | $39 | $18 | $0 | $25 | $18 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | $146 | $200 | $400 | $18 | No Data | $44 | No Data | No Data |

| | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $18 | $137 | $207 | $365 | $244 | $325 | $132 | $77 |
| Date Payment Received | 07.12.20 | 05.31.20 | 05.01.20 | 04.01.20 | 03.08.20 | 02.11.20 | 12.27.19 | 11.11.19 | 11.11.19 |
| Scheduled Payment Amount | $0 | $18 | $39 | $39 | $39 | $39 | $42 | $39 | |
| Actual Amount Paid | $37 | $137 | $100 | $200 | $100 | $200 | $81 | No Data | $33 |

*Between Nov 2019 and Sep 2021, your credit limit/high balance was $1,150*

## Dispute Results (Continued)

### Your Positive Account Activity (Continued)

---

**TD AUTO FINANCE** Partial Acct # 110237....　　　　　　　　　　　　　　　　**Status (Nov 2019)** Paid, Closed/Never late.
PO BOX 9223 FARMINGTON HILLS MI 48333; (800) 556 8172

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|---|
| Auto Loan | Dec 2017 | 0544139168 | $33,416 | Not reported | Individual |
| **Terms** | **Monthly payment** | **High balance** | | | This account is scheduled to continue on record until Nov 2029. |
| 60 Months | Not reported | Not reported | | | |

---

**WF CRD SVC** Partial Acct # 446540033999....　　　　　　　　　　　　　　　　**Status (Nov 2021)** Open/Never late.
PO BOX 14517 DES MOINES IA 50306; (800) 642 4720

| **Type** | **Date opened** | **Address ID #** | **Credit limit or original amount** | **Recent balance** | **Responsibility** |
|---|---|---|---|---|---|
| Credit card | Oct 2013 | 0071309305 | $1,000 | $0 /paid as of Nov 2021 | Individual |
| **Terms** | **Monthly payment** | **High balance** | | | |
| Not reported | Not reported | $1,068 | | | |

| | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2 | $195 | $0 | $0 | $0 | $0 | $0 |
| **Date Payment Received** | 03.18.21 | 03.18.21 | 03.18.21 | 03.18.21 | 03.18.21 | 03.18.21 | 03.18.21 | 02.22.21 | 10.25.20 | 10.25.20 | 10.25.20 | 10.25.20 | 04.10.20 | 04.10.20 |
| **Scheduled Payment Amount** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2 | $25 | $0 | $0 | $0 | $0 | $0 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | $2 | $450 | No Data | No Data | No Data | $246 | No Data | No Data |

| | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $0 | $0 | $0 | $0 | $76 | $37 | $0 | $17 | $39 | $38 |
| **Date Payment Received** | 04.10.20 | 04.10.20 | 04.10.20 | 04.10.20 | 02.04.20 | 02.04.20 | 02.04.20 | 01.05.20 | 04.23.19 | 04.23.19 |
| **Scheduled Payment Amount** | $0 | $0 | $0 | $0 | $25 | $25 | $17 | $17 | $14 | $25 |
| **Actual Amount Paid** | No Data | No Data | No Data | $76 | No Data | No Data | $17 | $789 | No Data | No Data |

*Between Nov 2019 and Oct 2021, your credit limit/high balance was $1,000*

THIS PAGE INTENTIONALLY LEFT BLANK