# **<u>EXHIBIT B</u>**

PO Box 9701
Allen, TX 75013



YAZAN SALEH
10590 CITY CENTER BLVD
PEMBROKE PINES FL  33028

# Your Credit Report

Report # **2469-8895-35** for **Jan 25, 2022**



# Hi, Yazan. Welcome to your Credit Report.

The summary below shows only the most important activity that affects your credit history.  For more details, see the full credit report following the summary or view it online: experian.com/freescore

## What makes up your FICO® Score?*

### Payment History
*88% of your accounts always paid as agreed*

Payment history makes up to **35%** of your score. This is the most important factor in your credit score.

*Even one missed or late payment can negatively impact your credit score.*

### Amount of Debt
*You have 96% revolving credit utilization*

Amount of Debt makes up **30%** of your score. Total balance owed, how many accounts have balances and how much of your available credit you're using is considered.

*The lower the percentage, the better.*

**FAIR**

**609**
FICO® SCORE 8

### Credit History Length
*Your average account age is 5.4 years*

Credit History Length makes up **15%** of your score and considers the age of your oldest account, the age of your newest account and the average age of all your accounts.

*A longer active credit history is better for your score.*

### Amount of New Credit
*You have initiated 1 credit application(s) in the past year*

Amount of New Credit makes up to **10%** of your score. Each credit or loan application counts as a hard inquiry on your report.

*Too many in too short a time can lower your credit score.*

### Credit Mix
*Different Types of accounts*

Credit Mix makes up **10%** of your score. For example, it helps to have a reasonable debt spread among credit cards, mortgage, and car loans if you pay them on time.

*Repaying a variety of debt products indicates the borrower can handle all sorts of credit.*

*Credit score calculated based on the FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn More at Experian.com.

# Credit Report Insights (9) Accounts total

This report summary was created just for you. This is used to show what may help and hurt your report.

## 👍 What May Be Helping...

**8**
ACCOUNT(S) PAID AS AGREED

**88%**
OF ACCOUNTS HAVE ONTIME PAYMENTS

## ⚠️ What May Be Hurting...

**⚠ 1**
ACCOUNT(S) WITH LATE PAYMENTS

**⚠ 0**
COLLECTIONS ACCOUNT(S)

**⚠ 0**
BANKRUPTCY (CIES)

**⚠ 12%**
OF ACCOUNTS WITH LATE PAYMENTS

**⚠ 96%**
REVOLVING CREDIT UTILIZATION



**609**
FICO SCORE
Experian data January 25, 2022

Get more out of your score and report with a free online account. visit experian.com/view.



## Did you know you may instantly raise your FICO® Score

See if your FICO® Score will get an instant boost by adding your utility and phone payment history to your Experian credit file.

experian. Boost.

Create your free account at experian.com/scoreboost
Results may vary. See Experian.com for details.

## Your Financial Profile...

Let's talk about how banks and lenders may see you, so that you can take control of your financial story.

*Nice job making some payments on time. Make sure to pay all your accounts on time because late payments can stay on your credit report for 7 years.*

*Ideal credit utilization is 30 percent and under. Work on paying down your revolving credit balances to lower your credit utilization rate.*

*Did you know that Experian Boost is a tool we offer that when you connect your utility and mobile bills you are already paying, can instantly boost your score.*



FICO is a registered trademark of Fair Isaac Corporation in the U.S. and other countries

# What's In Your Credit Report?

Your Potentially Negative Account Activity (Accounts and Bankruptcies) . . . . . . . . . . . . . . . . . . . . 3
Your Positive Account Activity. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
Who Has Viewed Your Credit Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Your Personal Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
How to Contact Experian. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Your Rights as a Consumer. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

## Payment History Legend

| | | | | | | |
|---|---|---|---|---|---|---|
| **OK** | Current / Terms met | **150** | Past due 150 Days | **VS** Voluntarily surrendered | **D** | Defaulted on contract |
| **30** | Past due 30 Days | **180** | Past due 180 Days | **R** Repossession | **C** | Collection |
| **60** | Past due 60 Days | **CRD** | Creditor received deed | **PBC** Paid by creditor | **CO** | Charge off |
| **90** | Past due 90 Days | **FS** | Foreclosure proceedings started | **EC** Insurance claim | **CLS** | Closed |
| **120** | Past due 120 Days | **F** | Foreclosure | **G** Claim filed with government | **ND** | No data for this period |

##  Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

### AMERICAN EXPRESS Partial Acct # 3499925215689683     Status (Oct 2018) Open
PO BOX 981537 EL PASO TX 79998; (800) 874 2717

**Date opened**
Dec 2017
**Address ID #**
0071309305
**Type**
Credit card
**Responsibility**
Individual

**Terms**
1 Months
**Monthly payment**
Not reported
**Credit limit or original amount**
$34,190
**High balance**
$34,190

**Recent balance**
$3,832 as of Jan 2022
By May 2025, this account is scheduled to go to a positive status.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). This item was updated from our processing of your dispute in Nov 2021.

**Payment history:** Jan 2018 - Jan 2022

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2022** | OK | | | | | | | | | | | |
| **2021** | 2021 In Good Standing |||||||||||| 
| **2020** | 2020 In Good Standing |||||||||||| 
| **2019** | 2019 In Good Standing |||||||||||| 
| **2018** | OK | OK | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK |

**Your statement** "PAYMENTS WERE MADE IN COMPLIANCE WITH THE NEGOTIATED SCHEDULE."

**Comment History**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).| Dec 2021 - Oct 2021

| | Dec21 | Nov21 | Oct21 | Aug21 | Jul21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $2,729 | $1,767 | $2,873 | $2,307 | $3,578 | $3,039 | $2,500 | $2,595 | $1,832 | $3,301 | $1,399 | $2,934 | $2,335 | $2,609 |
| **Date Payment Received** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| **Scheduled Payment Amount** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 |
|---|---|---|---|---|---|---|---|---|
| **Account Balance** | $2,334 | $0 | $2,811 | $1,555 | $1,226 | $1,980 | $1,443 | $1,919 |
| **Date Payment Received** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| **Scheduled Payment Amount** | $0 | $0 | $0 | $0 | $0 | No Data | No Data | No Data |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Jan 2020 and Dec 2021, your credit limit/high balance was $34,190*

**Your Potentially Negative Account Activity (Continued)**

---

**JPMCB CARD** Partial Acct # 414720234783...  
PO BOX 15369 WILMINGTON DE 19850; (800) 945 2000

**Status (Dec 2019)** Account charged off. $55,016 written off. $52,699 past due as of Oct 2021.

| | | | |
|---|---|---|---|
| **Date opened** Oct 2016 | **Terms** Not reported | **Recent balance** $52,699 as of Oct 2021 | |
| **Address ID #** 0544139168 | **Monthly payment** Not reported | This account is scheduled to continue on record until Feb 2026. | |
| **Type** Credit Card | **Credit limit or original amount** $47,500 | **Comment:** Account closed at credit grantor's request. | |
| **Responsibility** Individual | **High balance** $63,611 | This item was updated from our dispute in Oct 2021. | |

**Payment history:** Nov 2016 - Oct 2021



| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | | |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 | 180 | CO |
| 2018 | 2018 In Good Standing |||||||||||| 
| 2017 | 2017 In Good Standing ||||||||||||
| 2016 | | | | | | | | | | | OK | OK |

**Your statement** "LITIGATION PENDING."

| | Nov20 | Aug20 | May20 |
|---|---|---|---|
| **Account Balance** | $54,699 | $55,016 | $55,016 |
| **Date Payment Received** | 04.20.19 | 04.20.19 | 04.20.19 |
| **Scheduled Payment Amount** | No Data | No Data | No Data |
| **Actual Amount Paid** | No Data | No Data | No Data |

*Between May 2020 and Nov 2020, your credit limit/high balance was $47,500*

---



# Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

> Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

---

**BARCLAYS BANK DELAWARE** Partial Acct # 00021939325...  
PO BOX 8803 WILMINGTON DE 19899; (888) 232 0780

**Status (Oct 2019)** Paid, Closed/Never late.

| | | | | | |
|---|---|---|---|---|---|
| **Type** Credit card | **Date opened** Aug 2014 | **Address ID #** 0544139168 | **Credit limit or original amount** $1,900 | **Recent balance** Not reported | **Responsibility** Individual |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $2,516 | | **Comment:** Closed due to inactivity | This account is scheduled to continue on record until Oct 2029. |

---

**ADS/COMENITY/MAYORS** Partial Acct # 778830006021...  
PO BOX 182789 COLUMBUS OH 43218; No phone # available

**Status (Apr 2020)** Paid, Closed/Never late.

| | | | | | |
|---|---|---|---|---|---|
| **Type** Charge Card | **Date opened** Dec 2017 | **Address ID #** 0544139168 | **Credit limit or original amount** $9,500 | **Recent balance** Not reported | **Responsibility** Individual |
| **Terms** Not reported | **Monthly payment** Not reported | **High balance** $9,500 | | **Comment:** Account closed at credit grantor's request. | This account is scheduled to continue on record until Apr 2030. |

| | Mar20 | Feb20 | Jan20 |
|---|---|---|---|
| **Account Balance** | $0 | $0 | $0 |
| **Date Payment Received** | 12.24.17 | 12.24.17 | 12.24.17 |
| **Scheduled Payment Amount** | $317 | $317 | $317 |
| **Actual Amount Paid** | No Data | No Data | No Data |

*Between Jan 2020 and Mar 2020, your credit limit/high balance was $9,500*

---

## Your Positive Account Activity (Continued)

---

**FORD MOTOR CREDIT** Partial Acct # 5839...                                    **Status (Feb 2021)** Paid, Closed/Never late.
PO BOX 542000 OMAHA NE 68154; (800) 727 7000

| **Type**<br>Auto Loan | **Date opened**<br>Nov 2019 | **Address ID #**<br>0071309305 | **Credit limit or original amount**<br>$39,373 | **Recent balance**<br>Not reported | **Responsibility**<br>Individual |
|---|---|---|---|---|---|
| **Terms**<br>72 Months | **Monthly payment**<br>Not reported | **High balance**<br>Not reported | | | |

|  | Jan21 | Dec20 | Nov20 | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Mar20 | Jan20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $33,396 | $33,138 | $32,851 | $34,081 | $33,807 | $34,665 | $35,509 | $36,427 | $36,686 | $37,707 | $37,445 | $38,236 | $38,642 |
| Date Payment Received | 11.18.20 | 11.18.20 | 11.18.20 | 09.21.20 | 09.21.20 | 08.21.20 | 07.20.20 | 06.28.20 | 05.05.20 | 03.27.20 | 03.27.20 | 03.02.20 | 01.28.20 |
| Scheduled Payment Amount | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 | $692 |
| Actual Amount Paid | No Data | No Data | $1,419 | No Data | $692 | $692 | $692 | $692 | $1,077 | No Data | $1,000 | $692 | $1,385 |

*The original amount of this account was $39,373*

---

**AMERICREDIT/GM FINANCIAL** Partial Acct # 017075...                           **Status (Feb 2018)** Paid, Closed.
PO BOX 181145 ARLINGTON TX 76096; (800) 284 2271

| **Type**<br>Auto Lease | **Date opened**<br>Dec 2014 | **Address ID #**<br>0544139168 | **Credit limit or original amount**<br>$28,698 | **Recent balance**<br>Not reported | **Responsibility**<br>Joint with BILAL I SALEH |
|---|---|---|---|---|---|
| **Terms**<br>39 Months | **Monthly payment**<br>Not reported | **High balance**<br>Not reported | | **Comment:**<br>Full termination/obligation satisfied. | This account is scheduled to continue on record until Feb 2028. |
| **Original creditor**<br>GM FINANCIAL LEASING | | | | | This item was updated from our processing of your dispute in Jul 2021. |

---

**SYNCB/PPC** Partial Acct # 604419215051...                                    **Status (Jan 2022)** Open/Never late.
PO BOX 530975 ORLANDO FL 32896; (844) 373 4961

| **Type**<br>Credit card | **Date opened**<br>Oct 2015 | **Address ID #**<br>0544139168 | **Credit limit or original amount**<br>$1,150 | **Recent balance**<br>$0 /paid as of Jan 2022 | **Responsibility**<br>Individual |
|---|---|---|---|---|---|
| **Terms**<br>Not reported | **Monthly payment**<br>Not reported | **High balance**<br>$1,217 | | | |

|  | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $146 | $346 | $746 | $18 |
| Date Payment Received | 02.21.21 | 02.21.21 | 02.21.21 | 02.21.21 | 02.21.21 | 02.21.21 | 02.21.21 | 02.21.21 | 02.21.21 | 02.21.21 | 02.12.21 | 01.15.21 | 12.13.20 | 10.11.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $40 | $40 | $39 | $18 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $146 | $200 | $400 | $18 | No Data |

|  | Oct20 | Sep20 | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $44 | $18 | $0 | $18 | $137 | $207 | $365 | $244 | $325 |
| Date Payment Received | 10.11.20 | 07.12.20 | 07.12.20 | 07.12.20 | 05.31.20 | 05.01.20 | 04.01.20 | 03.08.20 | 02.11.20 | 12.27.19 |
| Scheduled Payment Amount | $0 | $25 | $18 | $0 | $18 | $39 | $39 | $39 | $39 | $39 |
| Actual Amount Paid | $44 | No Data | No Data | $37 | $137 | $100 | $200 | $100 | $200 | $81 |

*Between Jan 2020 and Dec 2021, your credit limit/high balance was $1,150*

---

**TD AUTO FINANCE** Partial Acct # 110237...                                    **Status (Nov 2019)** Paid, Closed/Never late.
PO BOX 9223 FARMINGTON HILLS MI 48333; (800) 556 8172

| **Type**<br>Auto Loan | **Date opened**<br>Dec 2017 | **Address ID #**<br>0544139168 | **Credit limit or original amount**<br>$33,416 | **Recent balance**<br>Not reported | **Responsibility**<br>Individual<br>This account is scheduled to continue on record until Nov 2029. |
|---|---|---|---|---|---|
| **Terms**<br>60 Months | **Monthly payment**<br>Not reported | **High balance**<br>Not reported | | | |

**Your Positive Account Activity (Continued)**

**WF CRD SVC** Partial Acct # 446540033999                                                          **Status (Jan 2022)** Open/Never late
PO BOX 14517 DES MOINES IA 50306; (800) 642 4720

| Type | Date opened | Address ID # | Credit limit or original amount | Recent balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Oct 2013 | 0071309305 | $1,000 | $0 /paid as of Jan 2022 | Individual |
| **Terms** | **Monthly payment** | **High balance** | | | |
| Not reported | Not reported | $1,068 | | | |

| | Dec21 | Nov21 | Oct21 | Sep21 | Aug21 | Jul21 | Jun21 | May21 | Apr21 | Mar21 | Feb21 | Jan21 | Dec20 | Nov20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2 | $195 | $0 | $0 | $0 |
| Date Payment Received | 03.18.21 | 03.18.21 | 03.18.21 | 03.18.21 | 03.18.21 | 03.18.21 | 03.18.21 | 03.18.21 | 03.18.21 | 02.22.21 | 10.25.20 | 10.25.20 | 10.25.20 | 10.25.20 |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2 | $25 | $0 | $0 | $0 |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | $2 | $450 | No Data | No Data | No Data | $246 |
| | **Oct20** | **Sep20** | **Aug20** | **Jul20** | **Jun20** | **May20** | **Apr20** | **Mar20** | **Feb20** | **Jan20** | | | | |
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $76 | $37 | $0 | $17 | | | | |
| Date Payment Received | 04.10.20 | 04.10.20 | 04.10.20 | 04.10.20 | 04.10.20 | 04.10.20 | 02.04.20 | 02.04.20 | 02.04.20 | 01.05.20 | | | | |
| Scheduled Payment Amount | $0 | $0 | $0 | $0 | $0 | $0 | $25 | $25 | $17 | $17 | | | | |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | $76 | No Data | No Data | $17 | $789 | | | | |

*Between Jan 2020 and Dec 2021, your credit limit/high balance was $1,000*

# Who Has Viewed Your Consumer Information

**CREDIT APPLICATIONS / HARD INQUIRIES**

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

> ⚠ Hard inquiries may stay on your report up to two years.

**CDK/VOLVO OF NORTH MIAMI** 19275 NW 2ND AVE MIAMI FL 33169 **No phone # available**                      Jul 30, 2021
**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2023.

**VOLVO CAR FINANCIAL SERV** 1 VOLVO DR ROCKLEIGH NJ 07647 **No phone # available**                      Jul 30, 2021
**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2023.

**CDK/VOLVO OF NORTH MIAMI** 19275 NW 2ND AVE MIAMI FL 33169 **No phone # available**                      Jun 25, 2021
**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Jul 2023.

**CDK/WESTON NISSAN VOLVO** 3650 SW 160 AVE FORT LAUDERDALE FL 33331 (954) 584 3322                      Jun 24, 2021
**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Jul 2023.

**VOLVO CAR FINANCIAL SERV** 1 VOLVO DR ROCKLEIGH NJ 07647 **No phone # available**                      Jun 24, 2021
**REASON:** Auto loan.
**DURATION:** This inquiry is scheduled to continue on record until Jul 2023.

**RENTGROW** 177 HUNTINGTON AVESTE 1703 BOSTON MA 02115 (800) 898 1351                      Jul 23, 2020
**REASON:** Rental on behalf of BH MANAGEMENT SERVIC.
**DURATION:** This inquiry is scheduled to continue on record until Aug 2022.

**Who Has Viewed Your Consumer Information** (Continued)

**US SM BUS ADMIN ODA** 14925 KINGSPORT RD FORT WORTH TX 76155 (800) 366 6303     **Jun 28, 2020**
**REASON:** Business.
**DURATION:** This inquiry is scheduled to continue on record until Jul 2022.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

**AMERICAN EXPRESS 2** PO BOX 981537 EL PASO TX 79998 (800) 874 2717   **INQUIRY DATES:** 01.18.22 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471   **INQUIRY DATES:** 01.18.22 | 01.16.22 | 01.05.22 | 01.02.22 | 12.19.21 | 12.05.21 | 12.03.21 | 11.21.21 | 11.07.21 | 11.03.21 | 10.29.21 | 10.15.21 | 09.30.21 | 09.11.21 | 08.15.21 | 08.10.21 | 08.07.21 | 08.03.21 | 08.01.21 | 07.30.21 | 05.19.21 |

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 **No phone # available**   **INQUIRY DATES:** 01.18.22 | 01.05.22 | 12.29.21 | 12.03.21 | 11.07.21 | 11.03.21 | 10.29.21 | 10.19.21 | 10.18.21 | 10.16.21 | 10.15.21 | 10.10.21 | 09.30.21 | 09.19.21 | 09.15.21 | 09.13.21 | 09.12.21 | 09.11.21 | 08.29.21 | 08.26.21 | 08.24.21 | 08.22.21 | 08.15.21 | 08.12.21 | 08.11.21 | 08.10.21 | 08.07.21 | 08.03.21 | 07.30.21 | 05.19.21 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available**   **INQUIRY DATES:** 01.15.22 | 01.12.22 | 01.08.22 | 01.05.22 | 01.01.22 | 12.29.21 | 12.25.21 | 12.22.21 | 12.18.21 | 12.15.21 | 12.11.21 | 12.08.21 | 12.04.21 | 12.01.21 | 11.27.21 | 11.24.21 | 11.20.21 | 11.17.21 | 11.13.21 | 11.10.21 | 11.06.21 | 11.04.21 | 10.30.21 | 10.27.21 | 10.23.21 | 10.20.21 | 10.16.21 | 10.13.21 | 10.09.21 | 10.06.21 | 10.02.21 | 09.29.21 | 09.25.21 | 09.22.21 | 09.18.21 | 09.15.21 | 09.11.21 | 09.08.21 | 09.04.21 | 09.01.21 | 08.28.21 | 08.25.21 | 08.21.21 | 08.18.21 | 08.14.21 | 08.11.21 | 08.07.21 | 08.04.21 | 07.31.21 | 07.28.21 | 07.24.21 | 07.17.21 | 07.14.21 | 07.10.21 | 07.07.21 | 07.03.21 | 06.30.21 | 06.26.21 | 06.23.21 | 06.19.21 | 06.16.21 | 06.12.21 | 06.09.21 | 06.05.21 | 06.02.21 | 05.29.21 | 05.26.21 | 05.22.21 | 05.19.21 | 05.15.21 | 05.12.21 | 05.08.21 | 05.05.21 | 05.01.21 | 04.28.21 | 04.24.21 | 04.21.21 | 04.18.21 | 04.14.21 | 04.10.21 | 04.07.21 | 04.03.21 | 03.31.21 | 03.27.21 | 03.24.21 | 03.20.21 | 03.17.21 | 03.13.21 | 03.10.21 | 03.06.21 | 03.03.21 | 02.27.21 | 02.24.21 | 02.20.21 | 02.17.21 | 02.09.21 | 02.05.21 | 02.02.21 | 01.30.21 | 01.26.21 | 01.25.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available**   **INQUIRY DATES:** 01.11.22 | 11.11.21 | 09.04.21 | 08.14.21 | 07.30.21 | 06.25.21 | 06.24.21 | 06.12.21 | 03.10.21 | 02.24.21 | 02.21.21 | 02.11.21 | 02.07.21 | 01.31.21 |

**WF CRD SVC** PO BOX 14517 DES MOINES IA 50306 (800) 642 4720   **INQUIRY DATES:** 01.03.22 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available**   **INQUIRY DATES:** 12.28.21 | 08.03.21 | 07.30.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available**   **INQUIRY DATES:** 12.28.21 |

**EXPERIAN** PO BOX 2002 ALLEN TX 75013 (888) 397 3742   **INQUIRY DATES:** 12.28.21 |

**COMENITY CAPITAL BANK** PO BOX 182789 COLUMBUS OH 43218 **No phone # available**   **INQUIRY DATES:** 12.27.21 |

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 (800) 432 3117   **INQUIRY DATES:** 11.24.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809   **INQUIRY DATES:** 11.07.21 | 10.10.21 | 09.26.21 | 09.12.21 | 08.29.21 | 08.15.21 | 07.18.21 | 07.04.21 | 06.20.21 | 06.06.21 | 05.23.21 | 05.09.21 | 04.25.21 | 04.11.21 | 03.28.21 | 03.14.21 | 02.28.21 | 02.14.21 | 01.31.21 |

**PGX/LEXINGTON LAW** 2875 S DECKER LAKE DR STE 200 WEST VALLEY CITY UT 84119 **No phone # available**   **INQUIRY DATES:** 10.09.21 | 08.24.21 |

**PROGRESSIVE INSURANCE** 6300 WILSON MILLS RD CLEVELAND OH 44143 **No phone # available**   **INQUIRY DATES:** 09.20.21 | 07.08.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 673 0140   **INQUIRY DATES:** 08.03.21 | 07.30.21 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available**   **INQUIRY DATES:** 08.03.21 | 07.30.21 |

**CREDIT KARMA INC** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available**   **INQUIRY DATES:** 07.30.21 | 06.25.21 | 06.24.21 |

**JPMCB CARD** PO BOX 15298 WILMINGTON DE 19850 **No phone # available**   **INQUIRY DATES:** 07.30.21 |

**PGX/LEXINGTON LAW** 2875 S DECKER LAKE DR STE 200 NORTH SALT LAKE UT 84054 **No phone # available**   **INQUIRY DATES:** 06.25.21 |

**PGX/LEXINGTON LAW PHONE** 2875 S DECKER LAKE DR STE 200 WEST VALLEY CITY UT 84119 **No phone # available**   **INQUIRY DATES:** 06.25.21 |

**CREDIT KARMA INC** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available**   **INQUIRY DATES:** 06.24.21 |

**EXPERIAN** PO BOX 9600 ALLEN TX 75013 (800) 311 4769   **INQUIRY DATES:** 05.19.21 |

**FORD MOTOR CREDIT CO** PO BOX 542000 OMAHA NE 68154 **No phone # available**   **INQUIRY DATES:** 02.10.21 |

# Your Personal Information

The following information is reported by you, your creditors, or other sources — each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

**NAMES**

| | |
|---|---:|
| YAZAN SALEH | Name ID #: 2260 |
| YAZAN I SALEH | Name ID #: 12263 |
| YASAN I SALEH | Name ID #: 11454 |
| YAZAN E SALEH | Name ID #: 10260 |
| YAZAN HAMDAN SALEH | Name ID #: 24102 |
| YAZABN SALEH | Name ID #: 23692 |
| YASAN SALEH | Name ID #: 17008 |
| YAZAN ISSAM SALEH | Name ID #: 24365 |
| YAZIN I SALEH | Name ID #: 24303 |

**ADDRESSES**

| | |
|---|---:|
| 15590 NW 6TH ST<br>PEMBROKE PINES FL 33028-1573 | Geo Code: 0-11030510-11-2680<br>Address ID #: 0071309305  Address Type: Single family |
| 10625 SW 6TH ST<br>PEMBROKE PINES FL 33025-6903 | Geo Code: 0-11031530-11-2680<br>Address ID #: 0544139168  Address Type: Single family |
| 5805 WASHINGTON ST APT19<br>HOLLYWOOD FL 33023-7403 | Geo Code: 0-9170040-11-2680<br>Address ID #: 0429078040  Address Type: Apartment complex |
| 6115 MIRAMAR PKWY STEJ<br>MIRAMAR FL 33023-3990 | Geo Code: 0-10080110-11-2680<br>Address ID #: 0346043603  Address Type: Multifamily |
| 110 SE 6TH ST STE1744<br>FORT LAUDERDALE FL 33301-5000 | Geo Code: 0-4250020-11-2680<br>Address ID #: 0850514907  Address Type: Multifamily |

**SOCIAL SECURITY NUMBER VARIATIONS**

None

**YEAR OF BIRTH**

1995

**TELEPHONE NUMBERS**

| | |
|---|---:|
| 786 683-2247 | Cellular |
| 954 536-3231 | Cellular |

**SPOUSE OR CO-APPLICANT**

ISSAM

**FORMER OR CURRENT EMPLOYERS**

NOBLE VENTURE WIRELESS; NOBLE VENTURA WIRELESS; E WHEELS USA; CRICKET WIRELESS

**NOTICES**

This address has pertained to a business:
15590 NW 6TH ST PEMBROKE PINES FL 33028   .

MISCELLANEOUS REPAIR SERVICE:
15590 NW 6TH ST, PEMBROKE PINES, FL, 33028   .

COMMERCIAL BUSINESS ADDRESS:
110 SE 6TH ST # 1744, FORT LAUDERDALE, FL, 33301   .

## How to Contact Experian

If you see information that is incorrect, contact us through one of the methods below.

### CALL US
**(800) 509 8495**
M - F 7:30 a.m. - 5 p.m., Central Time.

### WRITE TO US
Experian, Attn: CASS
P.O. Box 1240
Allen, TX 75013

### GO ONLINE (for fastest results)
**Visit experian.com/disputes**



Dispute Online
for faster results

Check Status
Online

# A Summary of Your Rights Under the Fair Credit Reporting Act

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA.

**For more information, including information about additional rights, go to:** www.consumerfinance.gov/learnmore **or write to:**   Consumer Financial Protection Bureau
1700 G Street N.W., Washington, D.C. 20552

**YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HAS BEEN USED AGAINST YOU.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.
**YOU HAVE THE RIGHT TO KNOW WHAT IS IN YOUR FILE.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: A person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, or you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.
**YOU HAVE THE RIGHT TO ASK FOR A CREDIT SCORE.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
**YOU HAVE THE RIGHT TO DISPUTE INCOMPLETE OR INACCURATE INFORMATION.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
**CONSUMER REPORTING AGENCIES MUST CORRECT OR DELETE INACCURATE, INCOMPLETE, OR UNVERIFIABLE INFORMATION.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
**CONSUMER REPORTING AGENCIES MAY NOT REPORT OUTDATED NEGATIVE INFORMATION.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
**ACCESS TO YOUR FILE IS LIMITED.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
**YOU MUST GIVE YOUR CONSENT FOR REPORTS TO BE PROVIDED TO EMPLOYERS.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
**YOU MAY LIMIT "PRESCREENED" OFFERS OF CREDIT AND INSURANCE YOU GET BASED ON INFORMATION IN YOUR CREDIT REPORT.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).
**CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years. A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.
**YOU MAY SEEK DAMAGES FROM VIOLATORS.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
**IDENTITY THEFT VICTIMS AND ACTIVE DUTY MILITARY PERSONNEL HAVE ADDITIONAL RIGHTS.** For more Information, visit www.consumerfinance.gov/learnmore.
**STATE RIGHTS INFORMATION.** States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General.
**FEDERAL RIGHTS INFORMATION.** For more information about your federal rights, you can contact relevant federal agencies listed at the bottom of the page linked here:https://www.experian.com/FCRA.

**A Summary of Your Rights Under the Fair Credit Reporting Act** (Continued)

Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

A credit score is a number that reflects your credit risk level, typically a higher number indicates lower risk. Using information from your personal credit report, a score is generated through a Statistical model that uses your past credit behavior and current credit relationships to predict likely future behavior. Your credit score changes as the elements in your personal credit report change over time. For example, payment updates, opening a new account or closing an account could cause your score to fluctuate. The financial services industry uses many different scores so your FICO® Score may be different from the score used by a lender, depending on the scoring model that was used. FICO® Score is a registered trademark of Fair Isaac Corporation.

About your FICO® Score 8
Your FICO® Score 8 powered by Experian® Date is formulated using the information in your credit file at the time it is requested. Your FICO® Score 8 can range between 300 and 850, with a higher score indicating a lower risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

What this means to you:
Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. The Credit Score we provide is FICO® Score 8. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or different scoring models to determine how you score.